**UNITED STATES of America, Appellee,**

v.

**Ronald N. TOTARO, Appellant.**

No. 06–3258.

United States Court of Appeals, Eighth Circuit.

Submitted: March 30, 2007.

Filed: April 9, 2007.

Michael Ridgeway, U.S. Attorney's Office, for Appellee.

Ronald N. Totaro, Federal Correctional Institution, Bradford, PA, for Appellant.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Ronald Totaro appeals the district court's[1] denial of his motions for a sentence reduction, release pending appeal, discovery, and disqualification of the district court judge. After careful review, we find no error in the denial of these mo-

tions, and thus we affirm the denial. *See* 8th Cir. R. 47A(a). We modify the district court's August 24, 2006 order, however, to strike that portion which prohibits the Clerk of the Court from accepting any future filings from Totaro in the case. We also deny Totaro's pending motion to set a briefing schedule.

---

1. The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.